| | | |
|---|---|---|
| **Income One, LLC** <br> c/o 9 Newburg Ave - Ste 201 <br> Catonsville, MD 21228 | * | IN THE |
| | * | CIRCUIT COURT |
| Plaintiff | * | FOR |
| v. | * | BALTIMORE CITY |
| **Charles North Housing, Inc.** <br> Serve On: TBMG Law, LLC, RA <br> c/o Anthony Butler <br> 12 E. Pleasant St <br> Baltimore, MD 21202 | * | Case No. |
| and | | |
| **Secretary of Housing and Urban Development** <br> 451 7th St SW <br> Washington, DC 20410 | * | |
| and | | |
| **Honora W Bender, Trustee** <br> MAHT <br> 7800 Harkins Road <br> Lanham, Maryland 20706 | * | |
| and | | |
| **Arnold A Sheetz, Trustee** <br> MAHT <br> 7800 Harkins Road <br> Lanham, Maryland 20706 | * | |
| and | | |
| **Maryland Affordable Housing Trust** <br> Serve On: Kecia Campbell, Program Administrator <br> 7800 Harkins Road <br> Lanham, Maryland 20706 | * | |
| and | | |
| **Department of Housing and Urban Development** <br> Serve On: Secretary <br> 451 7th St SW <br> Washington, DC 20410 | * | |

|  |  |
|---|---|
| and | * |
| **United States of America**<br>United States Attorney for the District of Maryland<br>36 S Charles St<br>Baltimore, MD 21201 | *<br>*<br>* |
| and | * |
| **Fred Nochumowitz, Trustee in the Paul Wye Nochumowitz Deed of Trust for Ross Adam Nochumowitz**<br>151 N Highland Ave<br>Baltimore, MD 21224 | *<br>* |
| and | * |
| **Mayor and City Council of Baltimore**<br>Serve On: City Solicitor<br>100 North Holliday Street<br>Baltimore, Maryland 21202 | *<br>*<br>* |
| and | * |
| **State of Maryland**<br>Serve On: Attorney General<br>200 St. Paul Place<br>Baltimore, Maryland 21202 | *<br>* |
| and | * |
| All persons that have or claim to have any interest in the property identified in the Tax Rolls of the Director of Finance Collector of State and City taxes for Baltimore City as follows:<br>Lot size: 17x96, Ward 12, Section 09<br>Block 0389, Lot 032, improvements known as 1820 Saint Paul St | *<br>*<br>*<br>* |
| Defendants | * |

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

## COMPLAINT TO FORECLOSE RIGHTS OF REDEMPTION

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff, by undersigned counsel, hereby sues the Defendants and for cause respectfully states as follows:

1. This action is brought to foreclose the rights of redemption in and to the property described herein under and by virtue of Section 14-808, et seq. of the Tax Property Article of the Annotated Code of Maryland and in accordance with the Maryland Rules of Civil Procedure.

2. On May 17, 2021, the Director of Finance and Collector of State and City Taxes for the City of Baltimore and State of Maryland, sold the property known as: Lot size: 17x96, Ward 12, Section 09, Block 0389, Lot 032, improvements known as 1820 Saint Paul St, and issued a Certificate of Tax Sale to Plaintiff.

3. More than six (6) months have elapsed since this sale and the property has not been redeemed by any party in interest. The property is not owner occupied residential property.

4. This proceeding to foreclose the rights of redemption is brought within two (2) years of the date of issuance of the aforesaid Certificate of Tax Sale.

5. The amount necessary for redemption of the property is the whole amount of money received by such collector from the sale of the property, together with interest at the rate of eighteen percent (18%) per year from the date of sale to the date of redemption (except as stated in subsection (b) of §14-802 of the Tax-Property Article of the Annotated Code of Maryland), and all taxes and other municipal liens accruing subsequent to the date of sale together with interest and penalties thereon, and the *total* disbursements made by the Plaintiff, the present holder of the Certificate of Tax Sale, in accordance with the provisions of the Tax Sale Property Article of the Annotated Code of Maryland, Section 14-808, et seq.

6. A Certificate of Tax Sale was issued by the aforesaid Director of Finance to Plaintiff, containing a description of the property in substantially the same form at the description appearing on the Director's Tax Rolls. The cost of the Certificate was $75,122.00, of which $2,301.82 was paid. A copy of the Certificate of Tax Sale is attached hereto and made a part hereof as Exhibit A.

7. A careful and diligent search of the Land Records of Baltimore City, the records of the Register of Wills for Baltimore City and the records of the civil courts shows:

a. By Assignment recorded at Liber FMC FMC 6742 folio 1384, leasehold title is vested in Charles North Housing, Inc.;

b. There is an open Mortgage recorded at Liber FMC 6742 folio 1404 to the Secretary of Housing and Urban Development for the United States of America;

c. There is an open Deed of Trust recorded at Liber FMC 6742 folio 1642 to Honora W Bender and Arnold A Sheetz as Trustees for the Maryland Affordable Housing Trust;

d. By Deed recorded at Liber FMC 12880 folio 176, the ground rent is owned by Fred Nochumowitz, Trustee.

8. Additional Defendants to this action are:

a. the State of Maryland;

b. Mayor & City Council of Baltimore;

c. All persons that have or claim to have any interest in the Tax Rolls of the Director of Finance Collector of State and City taxes for Baltimore City as follows: Lot size: 17x96, Ward 12, Section 09, Block 0389, Lot 032, improvements known as 1820 Saint Paul St.

9. The description of the property recited at length in the aforementioned Deed is intended to described the same property which appears on the Tax Rolls of the Director of Finance and is further intended to describe the same property by metes and bounds, in detail, at length, which appears on the Certificate of Tax Sale.

10. That no party in interest has redeemed the delinquent taxes.

WHEREFORE, Plaintiff requests:

A. That this Honorable Court pass a final Decree foreclosing all rights of redemption of the Defendants and of all persons having or claiming to have any interest in and to the aforesaid property herein described.

B. That this Honorable Court pass a final Decree vesting in the Plaintiff, a Leasehold title, in and to the property herein described and referred to, and bar all rights of redemption of the Defendants to foreclose all prior or subsequent alienations and descents of the properties herein described and all encumbrances thereon, public easements to which the properties are subject, taxes and other municipal liens accruing subsequent to the date of the aforementioned Tax Sale.

C. That a Writ of Subpoena be issued to the Defendants to these actions at the addressed indicated as aforesaid to command each of the said Defendants to be and appear in this Court on some day certain to be named herein and answer the said Complaint or redeem the property and abide by and perform by such Decree or Order as may be passed therein and warning said Defendants that in case of failure to do so, a final decree will be rendered foreclosing all rights of redemption in the aforementioned property.

D.  That an Order of Publication be passed, giving notice to the aforesaid Defendants and all other persons, known or unknown, having or claiming to have an interest in the aforesaid property of the object and substance of this Complaint, and warning them to be and appear in this Court, in person, or by Solicitor, on or before the day mentioned therein, and to show cause, if any they may have, why a Decree should not be passed as prayed.

E.  And for such other and further relief as the nature of its cause may require.

Respectfully submitted,

_____
J. Scott Morse, Esq
9 Newburg Ave - Ste 201
Catonsville, MD 21228
p. 410-747-2019 f. 410-558-6155
smorse@morselawmd.com
Attorney for Plaintiff
CPF No. 9912150236

## AFFIDAVIT OF COMPLIANCE

I, J. Scott Morse, Attorney for the Plaintiff herein, certify under the penalties of perjury, that prior to the filing of the within Complaint, the Affiant caused a search to be made of the Land Records of Baltimore City, the records of the Register of wills, and the Orphan's Court, and the Courts of Law and Equity of Baltimore City, which search and examination disclosed that the only persons having any interest in the subject properties are the defendants named in the Complaint. That prior to the filing of the Complaint, notice was mailed in accordance with Tax-Property § 14-833, and that I have in all other respects complied with the requirements of §§ 14-800, et seq. of the Tax Property Article of the Annotated Code of Maryland.

_____
J. Scott Morse

NO. 372012

# CERTIFICATE OF TAX SALE
## MADE BY
### DIRECTOR OF FINANCE OF BALTIMORE

I, Henry J. Raymond, Director of Finance, Collector of Taxes for the City of Baltimore and the State of Maryland hereby certify that on MAY 17, 2021

I sold to   INCOME ONE LLC
            1350 BEVERLY RD STE 115-316          MCLEAN, VA 22101

at public auction, property in the City of Baltimore known as

1820 SAINT PAUL ST

and described as follows:   Lot Size   17X96

(Being known as Ward 12 Section 09 Block 0389 Lot 032 on the Tax Roll of the Director of Finance)

Said property having been assessed to CHARLES NORTH HOUSING, INC. 1800 N. CHAR

Was sold for the sum of SEVENTY-FIVE THOUSAND ONE HUNDRED TWENTY-TWO AND 00/100 DOLLARS
of which  TWO THOUSAND THREE HUNDRED ONE AND 82/100 DOLLARS

is the total amount of taxes and other municipal liens due on the property at the time of the sale, together with interest and penalties thereon and expenses incurred in making the sale. The property described in this Certificate is subject to redemption. On redemption, the holder of this Certificate will be refunded the sums paid on the amount of the purchase price, together with interest at the rate of up to 18 % per year from the date of payment to the date of redemption (except as stated in subsection (b) of §14-820 of the Tax-Property Article of the Annotated Code of Maryland) together with all other amounts specified by Chapter 761 of the Acts of 1943 and acts that amend that chapter. The balance due on account of the purchase price and all taxes and other municipal liens, together with interest and penalties on them accruing subsequent to the date of sale, must be paid to the Collector before a deed can be delivered to the purchaser. After NOVEMBER 17, 2021 (or earlier if permitted by Chapter 254 of the Acts of 1963 and acts that amend that chapter) a proceeding can be brought to foreclose all rights of redemption in the property. This Certificate will be void unless such proceeding is brought within two (2) years from the date of this Certificate, unless otherwise provided by law, including but not limited to §§14-817 and 14-833 of the Tax-Property Article of the Annotated Code of Maryland. This property was previously sold at the Tax Sale of

Witness my hand and seal this   SEVENTEENTH   day of   MAY 2021

HENRY J. RAYMOND
Director of Finance/Collector

TXSL12 Rev 0 10/2014